# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ALLANGSON BRUNSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2668

[April 26, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case Nos. 97-8857CF10A and 97-10026CF10A.

Allangson Brunson, Graceville, pro se.

Ashley Moody, Attorney General, Tallahassee, and Anesha Worthy, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See State v. Collins*, 985 So. 2d 985, 991-92 (Fla. 2008); § 775.084(4)(a), (4)(b), (4)(e), Fla. Stat. (1993).

DAMOORGIAN, LEVINE and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***